No. 85–6043. MELVIN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 85–6046. HANS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–6047. BROWN v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 85–6052. AUGUSTYNIAK v. CITY OF NEW YORK ET AL. Ct. App. N. Y. Certiorari denied.

No. 85–6053. SAYRE v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 85–6054. SANDERSON v. RICE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6056. KELLER v. SALTON. C. A. 3d Cir. Certiorari denied.

No. 85–6059. GLICK v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 85–6061. GILLARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–6062. RAYSOR v. PORT AUTHORITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–6066. WESER v. CARLIN, GOVERNOR OF KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 85–6067. SALLEE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–6068. FREEMAN v. MCNAMARA, DIRECTOR, NORTH CAROLINA DIVISION OF PRISONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6070. FIELDS v. SIMMONS ET AL. C. A. 11th Cir. Certiorari denied.